UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | | |
|---|---|---|---|---|
| HERMAN VERDIN, JR. | § | C.A. No. | | |
| | § | | | |
| VS. | § | SEC. "__" | | MAG. (__) |
| | § | | | |
| HORNBECK OFFSHORE SERVICES, LLC | § | | | |

### PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW INTO COURT, through undersigned counsel, comes Plaintiff Herman Verdin, Jr., complaining of Defendant Hornbeck Offshore Services, LLC, and, for cause of action, would respectfully show as follows:

### I.  PARTIES

1.1   Plaintiff Herman Verdin, Jr., is a U.S. citizen and resident of Terrebonne Parish, Louisiana.

1.2   Defendant Hornbeck Offshore Services, LLC, is a Delaware limited liability company, with its principal place of business in Covington, St. Tammany Parish, Louisiana, doing business in this District and the State of Louisiana for the purpose of accumulating monetary profit, and may be served with process through its registered agent, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802, in accordance with Rule 4(h) Fed.R.Civ.P.

### II.  JURISDICTION

2.1   The Court has jurisdiction over the lawsuit under 28 U.S.C. §1333 because the suit involves admiralty and maritime jurisdiction.

### III.  VENUE

3.1     Venue is proper pursuant to 28 U.S.C. § 1391.

### IV.  FACTS

4.1     At all material times hereto, Defendant owned, operated and/or crewed the *HOS Cayenne,* the vessel on which Plaintiff was working at the time of injury made the basis of suit, a vessel operating in navigable waters.

4.2     At all material times hereto, Plaintiff was employed by U.S. Recovery, working as a tank cleaner on Defendant's vessel.

4.3     On or about February 9, 2015, as Plaintiff was trying to board the vessel to perform his duties as instructed by the vessel, he slipped and fell between the vessel and the dock, causing him to sustain severe and disabling personal injuries. Said injuries were caused by the negligence and/or gross negligence of Defendant, its agents, servants and/or employees and the unseaworthiness of the vessel and its appurtenances in the following particulars, among others:

    (a)     failing to provide a proper means of ingress/egress to/from the vessel;

    (b)     failing to maintain the vessel and her appurtenances and/or equipment in a safe and reasonable state of repair;

    (c)     failing to take reasonable precautions for Plaintiff's safety;

    (d)     failing to provide Plaintiff with a reasonably safe place to work, including failing to provide proper lighting for boarding the vessel;

    (e)     failing to warn Plaintiff of known and/or existing hazards;

    (f)     other acts and/or omissions to be shown at trial herein.

## V.  UNSEAWORTHINESS

5.1	Plaintiff's injuries were caused by Defendant's breach of its absolute duty to furnish a seaworthy vessel.

## VI.  DAMAGES

6.1	As a direct and proximate result of Defendant's negligence and/or gross negligence, Plaintiff suffered the following injuries and damages, including, but not limited to: (a) mental anguish in the past; (b) mental anguish that he is likely to sustain in the future; (c) lost earnings; (d) loss of earning capacity; (e) permanent disfigurement; (f) physical impairment in the past; (g) physical impairment that he is likely to sustain in the future; (h) medical expenses in the past; (i) medical expenses that he is likely to incur in the future; (j) physical pain and suffering in the past; (k) physical pain and suffering that he is likely to sustain in the future; (l) pecuniary and non-pecuniary damages to which he is entitled, including punitive damages.

WHEREFORE, Plaintiff prays for judgment against Defendant for:  actual damages in an amount exceeding the jurisdictional limits of this Court; prejudgment and postjudgment interest; punitive damages and attorney's fees; costs of suit; and all other relief to which he may be entitled.

Respectfully submitted,

*/s/ Walter Naquin, Jr.*
Walter Naquin, Jr. (09891)
Naquin Law Firm
P.O. Box 127
Thibodaux, LA 70302
Telephone: 985.447.9554
Facsimile: 985.447.9550
Email:  butchnaquin@bellsouth.net

**OF COUNSEL**

SPAGNOLETTI & CO.
Mary Holmesly
TX State Bar No.  24057907
mholmesly@spaglaw.com
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:	713-653-5600
Facsimile:	713-653-5656

*Attorneys for Plaintiff*